# Exhibit A

Civil Action Cover Sheet - Case Initiation  (05/27/16) CCL 0520

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

James Bogovich

v.

Jason Carl Sterns and Koleaseco Inc.

No. 2020L066084

FILED
10/16/2020 11:02 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

10803704

(FILE STAMP)

FILED DATE: 10/16/2020 11:02 AM  2020L066084

## CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ■ No

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ■ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: Vrdolyak Law Group, LLC
    (Attorney)         (Pro Se)

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

**

Primary Email: pcrowley@vrdolyak.com

Secondary Email: ckafka@vrdolyak.cpm

Tertiary Email:

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

FILED

14089:PMC:pmc

Attorney No. 41535

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION-SIXTH DISTRICT**

10/16/2020 11:02 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 10/16/2020 11:02 AM  2020L066084

| | |
|---|---|
| JAMES BOGOVICH, ) | |
| ) | |
| Plaintiff, ) | No. 2020L066084 |
| ) | |
| vs. ) | Amount: In Excess of FIFTY |
| ) | THOUSAND DOLLARS ($50,000.00) |
| ) | plus costs |
| ) | |
| JASON CARL STEARNS and ) | |
| KOLEASECO, INC., a foreign ) | |
| corporation. ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES the Plaintiff, JAMES BOGOVICH, by and through his attorneys, THE VRDOLYAK LAW GROUP, LLC, and complaining of the Defendants, JASON CARL STEARNS and KOLEASECO, INC., a foreign corporation, states as follows:

### COUNT I – JAMES BOGOVICH vs. JASON CARL STEARNS
*(Negligence)*

1. That on or about November 8, 2018, and at all relevant times herein, Defendant, JASON CARL STEARNS, operated, controlled and drove a motor vehicle, travelling in a generally southbound direction on Interstate 294, at or near Dixie Highway, in the Township of Bremen, Cook County, Illinois.

2. That at the aforesaid time and place, the Plaintiff, JAMES BOGOVICH, operated, controlled and drove a motor vehicle, travelling in a generally southbound direction on Interstate 294, at or near Dixie Highway, in the Township of Bremen, Cook County, Illinois.

1

3. That at the aforesaid time and place, the Defendant, JASON CARL STEARNS, did then and there drive said motor vehicle into a violent rear end collision with the aforesaid motor vehicle then and there driven by the Plaintiff, JAMES BOGOVICH.

4. That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others; that care being commensurate with his age, intellect and mental capacity and with the physical circumstances existent at such time and place.

5. That the aforesaid time and place, the Defendant, JASON CARL STEARNS, owed a duty to the Plaintiff, JAMES BOGOVICH, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

6. That at the aforesaid time and place, the Defendant, JASON CARL STEARNS, breached the aforesaid duty to the Plaintiff, JAMES BOGOVICH, through one or more of the following acts and /or omissions:

   (a) operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

   (b) failed to keep said motor vehicle under proper and sufficient control;

   (c) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

   (d) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

7. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, JASON CARL STEARNS, the Plaintiff, JAMES BOGOVICH, suffered injuries and damages of a personal, pecuniary and permanent nature.

FILED DATE: 10/16/2020 11:02 AM   2020L066084

WHEREFORE, the Plaintiff, JAMES BOGOVICH, demands judgment against the Defendant, JASON CARL STEARNS, for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs of this suit.

### COUNT II – JAMES BOGOVICH vs. KOLEASECO, INC.
*(Negligence)*

1. That on or about November 8, 2018, and at all relevant times herein, the Defendant, KOLEASECO, INC., was a foreign corporation licensed to do business and existing under the laws of Illinois.

2. That on or about November 8, 2018, and at all relevant times herein, JASON CARL STEARNS, an employee and/or authorized and/or ostensible agent of the Defendant, KOLEASECO, INC., operated, controlled and drove a motor vehicle, travelling in a generally southbound direction on Interstate 294, at or near Dixie Highway, in the Township of Bremen, Cook County, Illinois.

3. That at the aforesaid time and place, and at all relevant times herein, the

FILED DATE: 10/16/2020 11:02 AM  2020L066084

Defendant, KOLEASECO, INC., owned and maintained said motor vehicle then and there operated, controlled and driven by said employee and/or authorized and/or ostensible agent of the, Defendant, JASON CARL STEARNS.

4. That at the aforesaid time and place, and at all relevant times herein, said employee and/or ostensible agent of the Defendant, JASON CARL STEARNS, operated, controlled and drove said motor vehicle with the knowledge, consent and express and/or implied permission of the Defendant, KOLEASECO, INC.

5. That at the aforesaid time and place, and all relevant times herein, said employee and/or authorized and/or ostensible agent of the Defendant, JASON CARL STEARNS, operated, controlled and drove said motor vehicle within the permission of the Defendant, KOLEASECO, INC.

6. That at the aforesaid time and place, and at all relevant times herein, the Defendant, KOLEASECO, INC., had a right of control over said employee and/or authorized and/or ostensible agent, JASON CARL STEARNS, in the operation of the aforesaid motor vehicle.

7. That at the aforesaid time and place, and at all relevant times herein, said employee and/or authorized agent of the Defendant, JASON CARL STEARNS, was conducting himself in such a manner as to cause members of the general public, including the Plaintiff, JAMES BOGOVICH, to believe that he was an employee and/or authorized agent of the Defendant, KOLEASECO, INC.

8. That at the aforesaid time and place, the Plaintiff, JAMES BOGOVICH, operated and controlled a motor vehicle, travelling in a generally southbound direction on Interstate 294,

at or near Dixie Highway, in the Township of Bremen, Cook County, Illinois.

9. That at the aforesaid time and place, the Defendant, KOLEASECO, INC., as owner and principal through its agent, said employee and/or ostensible agent, JASON CARL STEARNS, did then and there drive said motor vehicle into a violent rear end collision with the aforesaid motor vehicle then and there driven by the Plaintiff, JAMES BOGOVICH.

10. That at all relevant times herein, the Plaintiff was in the exercise of all due care and caution for his own safety and the safety of others; that care being commensurate with his age, intellect and mental capacity and with the physical circumstances existent at such time and place.

11. That the aforesaid time and place, the Defendant, KOLEASECO, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, JASON CARL STEARNS, owed a duty to the Plaintiff, JAMES BOGOVICH, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

12. That at the aforesaid time and place, the Defendant, KOLEASECO, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, JASON CARL STEARNS, breached the aforesaid duty to the Plaintiff, JAMES BOGOVICH, through one or more of the following acts and /or omissions:

(a) operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

(b) failed to keep said motor vehicle under proper and sufficient control;

(c) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(d) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

5

13. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, KOLEASECO, INC., the Plaintiff, JAMES BOGOVICH, suffered injuries and damages of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, JAMES BOGOVICH, demands judgment against the Defendant, KOLEASECO, INC., a domestic corporation, for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs of this suit.

_____
Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC  #41535**
**By: Patrick M. Crowley**
Attorneys for Plaintiff
100 N. Riverside Plaza Suite 2400
Chicago, Illinois 60606
(312) 482-8200

6

14089:PMC

FILED
10/16/2020 11:02 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

Attorney No. 41535

FILED DATE: 10/16/2020 11:02 AM 2020L066084

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION-SIXTH DISTRICT

| | |
|---|---|
| JAMES BOGOVICH, ) | |
| ) | |
| Plaintiff, ) | No. 2020L066084 |
| ) | |
| vs. ) | Amount: In Excess of FIFTY |
| ) | THOUSAND DOLLARS ($50,000.00) |
| ) | plus costs |
| ) | |
| JASON CARL STEARNS and ) | |
| KOLEASECO, INC., a foreign ) | |
| corporation. ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT PURSUANT TO RULE 222(b)

I, Patrick M. Crowley, attorney for the Plaintiff, JAMES BOGOVICH, state that the damages sought in this matter are greater than Fifty Thousand ($50,000.00) Dollars.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true.

_____
Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC**
**Attorney No: 41535**
**By: Patrick M. Crowley**
100 N Riverside Plaza, Suite 2400
Chicago, IL 60606
(312) 482-8200

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (06/28/18) CCG N001 |

FILED
10/20/2020 7:41 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L066084

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

James Bogovich

(Name all parties)

v.

Jason Stearns

Case No. 2020 L 066084

☑ **SUMMONS**   ☐ **ALIAS SUMMONS**

To each Defendant: Jason Stearns, 309 Inwood Ct, Cheswick, PA 15024

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

Witness: 10/20/2020 7:41 AM DOROTHY BROWN

Atty. No.: 41535
Atty Name: Vrdolyak Law Group
Atty. for: The Plaintiff
Address: 100 N Riverside Plaza, Suite 2400
City: Chicago   State: IL
Zip: 60606
Telephone: 312-482-8200
Primary Email: pcrowley@vrdolyak.com
Secondary Email: ckafka@vrdolyak.com
Tertiary Email: _____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois   cookcountyclerkofcourt.org

Page 1 of 2

FILED DATE: 10/20/2020 7:41 AM   2020L066084

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- ● District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

FILED
6/2/2021 12:53 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 6/2/2021 12:53 PM   2020L066084

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons    (12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

JAMES BOGOVICH

Plaintiff(s)

v.

KOLEASECO INC.    Case No. 2020L066084

Defendant(s)

4265 CORPORATE EXCHANGE DRIVE
HUDSONVILLE, MI 49426

Address of Defendant(s)

Please serve as follows (check one):  ◯ Certified Mail  ● Sheriff Service  ◯ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:** Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE** for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

● Atty. No.: 41535
○ Pro Se 99500
Name: Patrick M. Crowley
Atty. for (if applicable): The Plaintiff
Address: 100 N Riverside Plaza, Suite 2400
City: Chicago
State: IL   Zip: 60606
Telephone: 312-482-8200
Primary Email: pcrowley@vrdolyak.com

Witness date _____

6/2/2021 12:53 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

FILED DATE: 6/2/2021 12:53 PM   2020L066084

FILED DATE: 6/2/2021 12:53 PM   2020L066084

# GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

## CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

## CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

## COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

## DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
        OR
        ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

## DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

## LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

## PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

## ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

4217
Order (Continuance) (This form replaces CCM1 0606 and CCMD 623-2 thru 6) CCM N606-50M-1/25/05 ( )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT/ 6th DISTRICT

Bogovich **Plaintiff(s)**

v.

Stearns **Defendant(s)**

No. 20 L 66084

## CONTINUANCE ORDER

This matter having come before this Court for ☒ status ☐ pretrial ☐ trial ☐ other: _____

the Court being fully advised;

IT IS HEREBY ORDERED that this matter is continued to __July 16__, __2021__
(date)

at __10:00__ (a.m.)/p.m. in Room __208__ for:

☒ status (4406) ☐ pretrial (4405) ☐ trial (4482)
☒ other: Pltf granted leave to issue Alias summons

Judge Carrie E. Hamilton
JUN 0 2 2021
Circuit Court—2144

(Please print)
Atty. No.: 41535
Name: Patrick M. Crowley
Attorney for: Plaintiff
Address: 100 N. Riverside Plaza
City/State/Zip: Chicago IL 60606
Telephone: 312-462-8200

ENTERED:

Dated: _____

Carrie E. Ham #2144
Judge                    Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED
6/7/2021 2:19 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 6/7/2021 2:19 PM   2020L066084

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

**Summons - Alias Summons** (12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

JAMES BOGOVICH

_____ **Plaintiff(s)**

v.

JASON STEARNS                          Case No. 2020L066084

_____ **Defendant(s)**

2204 PLACID DR
CARROLLTON, TX  75007

_____ Address of Defendant(s)

Please serve as follows (check one):   ○ Certified Mail   ○ Sheriff Service   ● Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE**. You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org

**Summons - Alias Summons** (12/01/20) CCG 0001 B

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:** Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE** for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

FILED DATE: 6/7/2021 2:19 PM 2020L066084

⦿ Atty. No.: 41535
○ Pro Se 99500
Name: Patrick M. Crowley
Atty. for (if applicable): The Plaintiff
Address: 100 N Riverside Plaza, Suite 2400
City: Chicago
State: IL  Zip: 60606
Telephone: 312-482-8200
Primary Email: pcrowley@vrdolyak.com

Witness date _____
6/7/2021 2:19 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551